IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| United States of America, ) | Cr. No.: 0:97-726 (CMC) |
| ) | |
| v.            ) | **OPINION and ORDER** |
| ) | |
| Hassan Richard Miller, ) | |
| ) | |
| Defendant.      ) | |
| _____) | |

This matter is before the court on Defendant's Motion for a copy of the docket sheet in his case to be provided to him at no cost. ECF No. 237 (filed Sept. 2, 2011). On August 25, 2011, the Clerk of Court wrote Defendant, informing him that the cost of a copy of his docket sheet is $5.50. ECF No. 235. Defendant thereafter filed this motion, indicating that he was appointed an attorney under the Criminal Justice Act (CJA) during his criminal case and has been incarcerated for over twelve years. Accordingly, he does not "have any means of income to pay your requested amount for the docket sheet." Mot. at 1.

Courts are under no obligation to provide free copies of documents to litigants. *See*, *e.g.*, *United States v. Carpenter*, 271 F. App'x 371, 372 (4th Cir. 2008) (per curiam) (unpublished). The Clerk of Court processes requests for copies of the docket sheet and any filings for a fee of fifty cents per page. See 28 U.S.C. § 1914 note (Judicial Conference Schedule of Fees, District Court Miscellaneous Fee Schedule). This fee is not waived for *in forma pauperis* (*ifp*) litigants. *See*, *e.g.*, *In re Richard*, 914 F.2d 1526, 1527 (6th Cir. 1990); *Douglas v. Green*, 327 F.2d 661, 662 (6th Cir. 1964) (per curiam) (statutory right to proceed *in forma pauperis* does not include right to free copies of court orders); *Daniel v. Craig*, No. 5:07-CV-465, 2008 WL 644883, at *3 (S.D.W.Va. Mar. 7, 2008) (unpublished); *Souser v. Robinson*, No. 2:05-CV-481-RAJ, 2005 WL 6070214, at *1 (E.D.Va. Dec. 7, 2005) (unpublished); *Fulgham v. Parker*, No. 2:05-CV-401, 2005 WL 5545032, at *2 (E.D.Va. Nov. 10, 2005) (unpublished).

Defendant's motion is **denied**.

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
September 15, 2011